# United States Court of Appeals
## For the First Circuit

---

No. 00-2028

UNITED STATES,

Plaintiff, Appellant,

v.

MASSACHUSETTS WATER RESOURCES AUTHORITY;
METROPOLITAN DISTRICT COMMISSION,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

ERRATA SHEET

The opinion of this Court issued on July 16, 2001, is amended as follows:

Cover Sheet - Under paragraph listing counsel that begins with <u>Robert H. Oakley</u> replace the word "appellee" appearing at the end of paragraph with "appellant"

Cover Sheet - Under paragraph listing counsel that begins with <u>John M. Stevens</u> replace the word "appellant" with "appellees."